IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR121 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES MARQUAND, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, John Hanley, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that James Marquand is now confined in the Cuyahoga County Jail, Cleveland, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Sections 2251a, 2252a2, and 2252Aa5B, and pursuant to said charge is to appear for Arraignment on March 4, 2020, at 11:00 a.m. before the Honorable Magistrate Judge Thomas M. Parker in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland or their designee, and/or Federal Bureau of Investigation and/or the Ohio Department of Rehabilitation and Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem

proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

          Respectfully submitted,

          JUSTIN E. HERDMAN
          United States Attorney

By:   /s/ John C. Hanley
       John C. Hanley (OH: 0079910)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3807
       (216) 522-7358 (facsimile)
       John.Hanley2@usdoj.gov

I, John Hanley, do declare under penalty of perjury that the foregoing is true and correct.

          s/ John Hanley
          John Hanley
          Assistant United States Attorney

Executed on 02/19/2020.